922

No. 88–7172. SMITH *v.* ESTELLE ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–7174. SHEARER *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 88–7175. JONES *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–7176. SANDERS *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., Los Angeles County. Certiorari denied.

No. 88–7177. CALPIN *v.* KADISH. C. A. 11th Cir. Certiorari denied.

No. 88–7178. HOFFMAN *v.* KELSEY ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–7179. JONES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–7182. MIRELES *v.* McKAY, ATTORNEY GENERAL OF NEVADA. C. A. 9th Cir. Certiorari denied.

No. 88–7187. MATHEWS *v.* MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY. C. A. 6th Cir. Certiorari denied.

No. 88–7192. CHANDLER *v.* WHITE ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–7193. MANCHESTER *v.* FLYNN ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–7197. ROBERTS *v.* J. M. HUBER CORP. C. A. 6th Cir. Certiorari denied.

No. 88–7202. CARPENTER ET UX. *v.* WEST VIRGINIA DEPARTMENT OF HUMAN SERVICES ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–7203. SHANNON *v.* O'LEARY, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–7206. COLEMAN ET AL. *v.* BUTLER. Sup. Ct. Ark. Certiorari denied.